UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| R.P. (XXX-XX-1478) | CIVIL ACTION NO. 14-cv-0681 |
| VERSUS | JUDGE FOOTE |
| CAROLYN W. COLVIN, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is affirmed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _10th_ day of July, 2015. AUGUST

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE